

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

AUG 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

Dear Sir or Madam:

Your action has been filed as civil case number ___ **C 07 4279**

It appears that you have not attached a ~~complaint~~ or petition to your other pleadings.  **CRB**

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

**(PR)**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

(IFP Application / no complaint)
(blank complaint form attached)

*HC*

*SCOTT*

5/03