UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ANTONIO SCOTT,

           Plaintiff,

  v.

ALAMEDA SUPERIOR COURT et al,

           Defendant.

_____/

Case Number: CV07-04279 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Antonio Scott V 42330 C-1118
P.O. Box 3030
Susanville, CA 96127

State Attorney General's Office
455 Golden Gate Avenue
Ste. 11000
San Francisco, CA 94102


Dated: January 9, 2008

                      Richard W. Wieking, Clerk
                      By: Barbara Espinoza, Deputy Clerk