1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5864
    Fax:  (415) 703-1234
8   Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO SCOTT,**<br><br>                         Petitioner,<br><br>     v.<br><br>**TOM FELKER,**<br><br>                         Respondent. | C07-4279 CRB (PR)<br><br>**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST** |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254 4-6, respondent moves for a 60-day extension of time in which to respond to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of Deputy Attorney General John R. Vance, Jr.

///

///

///

///

///

1     Dated: March 4, 2008

2                      Respectfully submitted,

3                      EDMUND G. BROWN JR.
                      Attorney General of the State of California

4                      DANE R. GILLETTE
                      Chief Assistant Attorney General

5

                     GERALD A. ENGLER
6                      Senior Assistant Attorney General

                     PEGGY S. RUFFRA
7                      Supervising Deputy Attorney General

8

9
                     /s/ John R. Vance
10                     _____

                     JOHN R. VANCE, JR.
11                     Deputy Attorney General
                     Attorneys for Respondent

12

13
   40225140.wpd
14    SF2008400095

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Ext. of Time in which to File Answer                                 *Antonio Scott v. Tom Felker, Warden*
                                                                                                          C07-4279 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Antonio Scott v. Tom Felker, Warden*                       No.:  **C07-4279 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 4, 2008</u>, I served the attached:

1. **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST**;
2. **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; and
3. **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Antonio Scott
V 42330   C-1118
Post Office Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 4, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
|---|---|
|  Declarant  |  Signature  |

40225157.wpd