```
 1  EDMUND G. BROWN JR.
     Attorney General of the State of California
 2  DANE R. GILLETTE
     Chief Assistant Attorney General
 3  GERALD A. ENGLER
     Senior Assistant Attorney General
 4  PEGGY S. RUFFRA
     Supervising Deputy Attorney General
 5  JOHN R. VANCE, JR., State Bar No. 51744
     Deputy Attorney General
 6    455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
 7    Telephone:  (415) 703-5864
      Fax:  (415) 703-1234
 8    Email:  John.Vance@doj.ca.gov
     Attorneys for Respondent
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SCOTT,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>TOM FELKER, Warden,<br><br>　　　　　　　Respondent. | C07-4279 CRB (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE** |

John R. Vance, Jr., states under penalty of perjury:

1. I am a Deputy Attorney General for the State of California and represent respondent in this matter.

2. Pursuant to this Court's order, our answer is currently due to be filed on or before March 10, 2008.

3. This is our first request for an extension of time to file an answer after this Court's order of January 9, 2008.

4. On June 25, 2004, the superior court sentenced petitioner to prison for, among other crimes, carjacking, to a term of life with a minimum of 14 years before parole eligibility, consecutive to a term of 17 years.

5. On May 31, 2006, the state court of appeal affirmed the judgment. The state superior court denied review September 13, 2006.

6. I request an additional period of 60 days, to and including, May 10, 2008, to prepare and file our answer for the following reasons:

(a) The petition raises numerous claims;

(b) I have ordered the case record from archives;

(c) Petitioner, in addition to his direct appeal, filed a state habeas; and

(d) Since this Court issued its order to show cause on January 9, 2005, I have had oral argument in the Ninth Circuit (*Griffin v. Prosper*, 07-15405, January 15, 2008). I am also assigned the respondent's brief in *People v. Bell*, A116054, filed February 5, 2008. I am also working on state appellate matters including *People v. Martinez,* H030750, which will be filed shortly; *People v. Gonzalez,* A118417; *People v. Daniels and Gordon,* A113184; *People v. Peebles,* H031155; and *People v. Foroutan,* A118978.

7. I have not attempted to contact petitioner because he is representing himself.

Dated: March 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance, Jr.
_____
JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

40225125.wpd
SF2008400095

Declaration of Counsel          *Antonio Scott v. Tom Felker, Warden*
                                C07-4279 CRB (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   *Antonio Scott v. Tom Felker, Warden*                                    No.:  **C07-4279 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 4, 2008</u>, I served the attached:

1. **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST**;
2. **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; and
3. **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Antonio Scott
V 42330   C-1118
Post Office Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 4, 2008, at San Francisco, California.

|               J. Espinosa               |        /s/ J. Espinosa         |
|:---:|:---:|
| Declarant | Signature |

40225157.wpd