IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO SCOTT,**<br><br>                               Petitioner,<br><br>    v.<br><br>**TOM FELKER,**<br><br>                               Respondent. | C07-4279 CRB (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, May 10, 2008, to file an answer to order to show cause.

Dated:  March 18, 2008

_____
The Honorable Charles R. Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Order

*Antonio Scott v. Tom Felker, Warden*
Case No. C07-4279 CRB (PR)

1