UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SCOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>ALAMEDA SUPERIOR COURT et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-04279 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Scott V 42330 C-1118
P.O. Box 3030
Susanville, CA 96127

Dated: March 18, 2008

                                            Richard W. Wieking, Clerk
                                            By: Barbara Espinoza, Deputy Clerk