"Original"

FILED
08 MAR 19 PM 1:58
[CLERK] W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court
for the Northern District of California

Antonio Scott

    Petitioner

V

Tom Felker    Respondent

C-07-4279 CRB PR

Motion to oppose the motion for extension of time first request, and deny motion

To the above mentioned Court:

Notice is hereby given that petitioner moves this court to deny the motion for extension of time in which to file answer to order to show cause first request. Petitioner asserts that the request is untimely and without merit. Respondent has alledged his work schedule is such that it prohibits him from filing timely. Respondent has had 60 days in which to file his belated motion for extension of time, when he had ample time to file a timely notice or request for extension of time. Petitioner moves this court to deny the motion for extension of time being it imposes undue burden upon the petitioner whom

is preparing those documents without benefit of counsel, and is a lay person whom is illequipped to litigate this matter. Petitioner moves this court to exercise its power to stop the threat of abuse by the prosecutions Attorney General. Whom is abusing the courts process by alledging a busy schedule. Respondent further misstates the actual date in which the initial petition was filed and misstates facts in Question. Petitioner moves this court to deny the mothion for Extention of time first request.

Executed this ___11th___ day of march 2008 at susanville ca, 96127.

Antonio Scott
Antonio Scott
In pro per.

Declaration of service by mail            C-07 4279 CRB PR

I am a party to the attached hearing matter and the member of this action. I am over 18 years of age. I am familiar with the legal mailing practices and processing of mail and placed in the internal mail service and deposited in the U.S. postal service on march 10 I served the attached;

(1) motion for renewal of extension of time

By placing a true copy thereof enclosed in a sealed envelope fully and paid to:

Office of the Clerk U.S District court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102

John R. Vance JR
Deputy Attorney General, BAR No. 81744
455 Golden Gate Ave, suite 11000
San Francisco CA 94102-7004

I declare under penalty of perjury all is true and correct this was executed march 10 2008 at Susanville ca 96127

Antonio Scott
Declarant