EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOHN R. VANCE, JR., State Bar No. 51744
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5864
 Fax:  (415) 703-1234
 Email:  John.Vance@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANTONIO SCOTT,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**TOM FELKER,**<br><br>　　　　　　　　　　Respondent. | C07-4279 CRB (PR)<br><br>**ANSWER TO ORDER TO SHOW CAUSE** |

Respondent hereby provides this answer to the petition for writ of habeas corpus:

**I.**

**CUSTODY**

Petitioner is in lawful custody of the California Department of Corrections pursuant to a valid judgment and commitment entered June 25, 2004 in Alameda County Superior Court, Case Number C144915, upon his convictions following a jury trial of carjacking in violation of California Penal Code section 215, subdivision (a), false imprisonment in violation of California Penal Code section 211, kidnapping in the course of carjacking in violation of California Penal Code section 209.5, subdivision (a), and kidnapping for robbery in violation of California Penal Code section 290,

1  subdivision (b)(1). Exh. B. The superior court sentenced petitioner to state prison for an
2  indeterminate term of life with a minimum 14 years before parole eligibility. Exh. A, CT 343-348.

## II.
## PROCEDURAL HISTORY

On April 19, 2004, a jury found petitioner guilty of carjacking, false imprisonment, kidnapping in the course of carjacking, false imprisonment, and kidnapping for robbery. Exh.B.

On June 24, 2004, the superior court sentenced petitioner to an indeterminate term of life with a minimum 14 years before parole eligibility. Exh.A, CT 343-348.

On May 31, 2006, the Court of Appeal, First Appellate District affirmed petitioner's convictions in an unpublished opinion. Exh. C.

On September 13, 2006, the California Supreme Court denied review. Exh. D.

On September 7, 2007, petitioner filed a petition for habeas corpus in this Court.

On January 9, 2008, this Court issued an order to show cause.

## III.
## PROCEDURAL ISSUES

Petitioner's claim is exhausted.

The petition is timely within the meaning of 28 U.S.C., § 2244 (d).

## IV.
## DENIAL

Respondent denies each and every allegation of the petition excepting only those matters admitted in this Answer and admitted in the accompanying memorandum of points and authorities incorporated herein by reference. In particular, respondent denies petitioner's claim that "evidentiary and instructional error in connection with the admission of uncharged crimes denied his his right to due process."

## V.
## TRANSCRIPTS AND RECORDS

Respondent submits herewith portions of the state trial record and state appellate court

proceedings, already filed with the addition of two exhibits as itemized in the accompanying Index of Exhibits.

## CONCLUSION

For the foregoing reasons, respondent respectfully requests the petition be denied, the order to show cause discharged, and these proceedings dismissed.

Dated: May 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance, Jr.
_____
JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

Scott.Answer to Order to Show Cause.wpd; SF2008400095
JRV:je

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Antonio Scott v. Tom Felker, Warden*         No.:  **C07-4279 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 9, 2008</u>, I served the attached:

1. **ANSWER TO ORDER TO SHOW CAUSE**;
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE**; and
3. **LODGING OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Antonio Scott
V 42330   C-1118
Post Office Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 9, 2008, at San Francisco, California.

|                  J. Espinosa                  |            /s/ J. Espinosa            |
| :---: | :---: |
| Declarant | Signature |

Scott.POS.wpd