1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5864
    Fax:  (415) 703-1234
8   Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANTONIO SCOTT,**<br><br>              Petitioner,<br><br>     v.<br><br>**TOM FELKER,**<br><br>              Respondent. | C07-4279 CRB (PR)<br><br>**NOTICE OF LODGING OF EXHIBITS** |

**EXHIBIT LIST**

Exhibit A:  Clerk's Transcripts on Appeal;

Exhibit B:  Court of Appeal opinion affirming appellant's convictions;

Exhibit C:  Order Denying Review;

Exhibit D:  Reporter's Transcripts; and

Exhibit E:  Appellant's Opening Brief.

///

///

///

///

Notice of Lodging of Exhibits                                               *Antonio Scott v. Tom Felker, Warden*
                                                                                                          C07-4279 CRB (PR)

1

| | |
|---|---|
| 1 | Dated: May 8, 2008 |
| 2 | Respectfully submitted, |
| 3 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 4 | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 5 | |
| 6 | GERALD A. ENGLER<br>Senior Assistant Attorney General |
| 7 | PEGGY S. RUFFRA<br>Supervising Deputy Attorney General |
| 8 | |
| 9 | /s/ John R.Vance |
| 10 | _____ |
| 11 | JOHN R. VANCE, JR.<br>Deputy Attorney General<br>Attorneys for Respondent |

Scott.Lodging of Exhs.wpd
SF2008400095

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   *Antonio Scott v. Tom Felker, Warden*           No.:  **C07-4279 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 9, 2008</u>, I served the attached:

1. **ANSWER TO ORDER TO SHOW CAUSE**;
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE**; and
3. **LODGING OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Antonio Scott
V 42330   C-1118
Post Office Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 9, 2008, at San Francisco, California.

|               J. Espinosa               |          /s/ J. Espinosa          |
|:---:|:---:|
| Declarant | Signature |

Scott.POS.wpd