FILED
08 MAY 30 PM 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Northern District of California

Antonio S. Scott

-v-

Tom Felker

Case No: C-07-4279 CRB (PR)
Motion For First extention of Time For Sixty (60) days To respond to order to show Causes Responce.

TO: The above Captioned Court:

Notice is hereby given that Petitioner one Antonio Scott does move this court for order of an extention of time. This being the first extention requested by the Petitioner. Petitioner does so for the following reasons. Petitioner is Incarserated at High Desert State Prison By Tom Felker (Warden) and being effective may 8th 2008 on or about Facility "C" was Placed upon Total lock-down with no movement unless Escorted in Restraints. Petitioner was notified their would be limited movement of Inmates unless by order of Institutional "Captain." All other movement Shall be Suspended temporarly as deemed For Security Purposes. Facility Shall be lockdown a minum of 6 to 8 weeks to allow Searches of the entire Facility. Petitioner will not be given any access to to Legal Facilities for such time as to make it →

vertuially impossible to fully conduct legal research and ~~send~~ Adequntly ~~to~~ Prepare a responce to the Attorney Generals Answer ~~to the~~ order to Show Cause, in a Timely Fashion not to severely Prejudice the Petitioner case. Petitioner does For these reason as well allowing Security respectfully requesting an additional (60) days to Complete and file this Party's answer in full with accompanying Exhibits there to all in support of the initially filed which Promoted the order to Show Cause. Petitioner seeks sixty days due to the status of the Institution to which will allow for adequate research shepardizing Preparing Copying and in Submitting a fully Prepared Argument of which would not Prejudice the Allergations, made by Petitioner.. Petitioner does simply attempt to comply with court Rules And to obtain the most effective results on the issues now before the court. This is the first extention Requested by the Petitioner in this matter and it's Necessities are that of receiving the full Advantage of the constitutional Protections Promised by both U.S. And California Constitution. As stated Petitioner is at a disadvantage due to his incarseration but more so due to internal institutional Security issues require one to make certain concessions due to ~~to~~ inviormental instabilites And the Propensities for violence. Petitioner is without control of circumstances and the Petitioner request exception to the Rule

1  to allow this Party sixty days to this Accom-
2  adation of this need. It is therefore these reasons set
3  herein But not limited there to that this be
4  Granted in full.
5
6    Executed this __27__ day of __May__ 2008
7
8                                    Respectfully
9                                    submitted
10                                   /s/ Antonio Scott
11                                   Antonio Scott
                                     [IN Pro Per]
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Proof of Service

I Antonio Scott ~~and~~ am over 18 years of age, an A party to the Afore mentioned action. ~~to~~ Placed in the Envelope a motion to the U.S District Court Northern District of California a Original and Copy to case No# C-07-4279 CRB(PR) to the U.S. District Court and the Attorney General in a seperate envelope both addresses At:

John Vance # 51744
Deputy Attorney General
455 Golden Gate
S.F., CA 94102-7004

And

U.S. District Court
Northern District of California
450 Golden Gate Ave
San Franciso, CA
94102

I declare All true and correct under Penalty of Perjury executed this __27__ day of __May__, 2008

Antonio Scott
Antonio Scott

