In and for the U.S. District Court
for the Northern District of California

Antonio Scott
   Petitioner

-vs-

Tom Felker
   Respondent

C-07-4279 CRB

FILED

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the above-mentioned court:

Notice is hereby given that the petitioner in the above entitled action moves this court for an order authorizing the preparation and presentation of a supplemental brief for the submission of an extended argument for the consideration of the order to show cause. Petitioner moves this court for an order allowing the filing of said brief. The rules of courts limitation upon filing argument on the order to show cause ordered January 9, 2008 with respect thereto. Petitioner seeks to complete the argument and make a clear and concise assessment of the facts to submit to the court for the evaluation of the court.

The record is extensive and the facts are not submitted upon record for the full consideration and determination of the court. Petitioner seeks only to make a clear submission of facts to allow the court ample time to assess the facts and make a constitutionally equitable decision on the basis of well informed principles and evidences. In accordance with rules of court petitioner does move this court for such authorization to file a complete supplemental brief, to accompany the previously filed traverse dated 7-21-08 to the U.S. District Court.

it is with respect there to but not limited to all herein this
be granted in full and forthwith.
Executed this August 3 day of 2008
At High Desert State Prison, Susanville CA 96127.

Antonio Scott
Antonio Scott
[IN PRO PER]