EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOHN R. VANCE, JR.
Deputy Attorney General
State Bar No. 51744
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5864
 Fax: (415) 703-1234
 Email: john.vance@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANTONIO SCOTT,** | C07-4279 CRB (PR) |
| Petitioner, | **REPLY TO TRAVERSE** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

## INTRODUCTION

This is respondent's reply to petitioner's traverse. We file this memorandum because petitioner has, in his traverse, raised claims not raised in his petition.

## ARGUMENT

In his petition, petitioner contended only, "Through evidentiary and instructional error with respect to the uncharged crimes petitioner was denied his right to a fair trial." Petition, 6, 20. In his traverse, petitioner asserts for the first time, "The court errored [sic] in the sentencing of the defendant to both kidnaping and false imprisonment because it constitutes double jeopardy," Traverse 16, 17; "The alleged use of a deadly weapon is reversable as pursuant to the appellate court

1  'a replica does not meet meaning of Cal. Penal Code 12022 subd. (B)(1)," Traverse 18, 19; and "The
2  court erroneously applied 211 standard degrere robbery where the revison of 211 P.C. elements
3  weren't met to meet 211 standard violated Defendants due process and equal protection clause is
4  reversable," Traverse, 20, 21." Petitioner did not make these claims in his petition for review to the
5  state supreme court after the state court of appeal's decision affirmed his conviction.

6       A party may not bring new claims in a traverese.  *Cacoperdo v. Demosthenes*, 37 F.3d
7  504, 507 (9th Cir. 1994); *see also Tyler v. Mitchell*, 416 F.3d 500, 504 (6th Cir. 2005); *U.S. v.*
8  *Barrett*, 178 F.3d 34, 46 (1st Cir. 1999); *Jackson v, Duckworth*, 112 F.3d 878, 880 (7th Cir. 1997)
9  The new claims should be deemed waived and dismissed.

10       In any event, these claims are not exhausted and should be dismissed.  The exhaustion of
11  available state judicial remedies is ordinarily a prerequisite to obtaining federal habeas corpus relief.
12  28 U.S.C.  § 2254(b)(1)(A); *Picard v. Connor*, 404 U.S. 270, 275 (1971); see  *Castille v. Peoples*,
13  489 U.S. 346 (1989); *Kim v. Villalobos*, 799 F.2d 1317, 1319 (9th Cir. 1986).  As discussed,
14  petitioner has never presented his new Traverse claims to the state courts.  The claims must be
15  dismissed.

16
17
18
19
20
21
22
23
24
25
26
27
28

Reply to Petitioner's Traverse                                                             *Scott v. Felker* -  C07-4279 CRB  (PR)

**CONCLUSION**

Accordingly, for the reasons stated, respondent respectfully requests this Court dismiss the unexhausted claims and deny the petition for writ of habeas corpus.

Dated: August 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ John R. Vance
_____
JOHN R. VANCE, JR.
Deputy Attorney General

Attorneys for Respondent

JRV:je

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Antonio Scott v. Tom Felker, Warden*         No.:  **C07-4279 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 13, 2008</u>, I served the attached

### REPLY TO TRAVERSE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Antonio Scott
V 42330  C-1118
Post Office Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 13, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
|  Declarant    |  Signature         |

Scott, A.POS.wpd