FILED

08 AUG 13 PM 3:42

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Antonio Scott # V42330
CSATF - State Prison
C-7-123
P.O.Box 5246
Corcoran, CA 93212

C07-4279 $^{(PR)}_{CRB}$

= Address changed

U.S. District court of The
Northern District of California

Dear Court Clerk:

Petitioner in the above entitled cause, here
by, Notifiy the court on August 5, 2008, I was
transfered to the above address. So with all
due respect, I ask that all my Legal mail
~~to court~~ stop going to High Desert State Prison
and for it to come to Corcoran State Prison.
Thank You.

Sincerely

Antonio Scott
Pro Per

Date: 8-4-08

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Antonio Scott

**PLAINTIFF or PETITIONER**

v.

Ken Clerk

**Defendant or Respondent**

**Case Number:** (07-4279 CRB (PR)

**PROOF OF SERVICE**

I hereby certify that on _August 9_ , 20_08_ I served a copy

of the attached _Change of Address letter_ , by placing a copy in

a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope

in the United States Mail at _CSATF - P.O. Box 5246_ :

Corcoran, CA 93212

OFFICe of The clerk, u.s District court
Northern District of california
450 Golden Gate Avenue
San Francisco, CA
94102

Ans:

OFFice of The Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA
94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

Antonio Scott