In and for the US District Court
for the Northern District of California

---

Antonio Scott
    Petitioner

-vs-

Tom Felker
    Respondent

Case No. 07-4279 CRB

Motion for Order to file Supplemental Brief to Traverse Order 1-9-08 with respect to Petition of 9-7-07

To: the above mentioned Court:

Notice is hereby given that the Petitioner in the above entitled action makes this court for an order authorizing the preparation and presentation of a supplemental brief for the submission of an extended argument for the consideration of the order to show cause. Petitioner moves this court for an order allowing the filing of said brief for the rules of court limitation upon filing argument on the order to show cause ordered January 9, 2008 with respect thereto. Petitioner seeks to complete the argument and make a clear and concise assessment of the facts to submit to the court for the evaluation of the courts.

The record is extensive and the facts are not submitted upon record for the full consideration and determination of the court. Petitioner seeks only to make a clear submission of facts to allow the court ample time to assess the facts and to make a constitutionally equitable decision on the

basis of well informed principles, and evidence. In accordance with rules of court Petitioner does move this court for such authorization to file a complete supplemental argument/brief to accompany the previously filed Traverse dated 7-21-08 to the U.S. District Court. It is with respect thereto but not limited to all herein that this be counted in full and forthwith. Executed this ___July___ day of ___24___ 2008 at High Desert State Prison.

                                                */s/ Antonio Scott*
                                                Antonio Scott
                                                [IN PRO PER]