United States District Court
Northern District of California

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Antonio Scott _____ Petitioner

v

Tom Felker _____ Respondent

Case No: C07-4279 CRB

PROOF OF SERVICE

---

I certify that on July 24, 2008 I served a copy of the attached Supplemental Brief by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed by depositing said envelope at the United States mail at P.O. Box 3030, Susanville CA 96127

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

And:

Office of the Attorney General
455 Golden Gate Avenue
San Francisco, CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct. Antonio Scott