In The United States District Court For The Northern District of California San Francisco Division

Antonio Scott,
    Petitioner
V.
Ken Clark, Warden,
    Respondent.

Case No. C07-4279 CRB (PR)
Petitioner Answer and Objection To motion To Dismiss Petitioner Writ of Habeas Corpus Petition.

## INTRODUCTION

This is Petitioner reply to Respondent's "Reply To Traverse." Petitioner file this motion because Petitioner seeks all the claims that was raised in his writ of Habeas Corpus and Traverse, and Supplemental brief was correctly stated.

## ARGUMENT

Now comes, Petitioner, Antonio Scott, a state Prisoner Incarcerated unlawfully in the Department of corrections, CSATF-State Prison, Corcoran California, moving in the above-entitled matter, Through evidentiary and instructional error with respect to the uncharged crimes was denied his right to a Fair trial.

Upon review of the respondent motion, Respondent said for the first time Petitioner raised new claims that haven't been exhausted. The respondent asked this court to dismiss the unexhausted claims and deny, to deny Petitioner his unlawful incarceration, the respondent want you to deny Petitioner Petition for writ of habeas corpus.

On August 28, 2008, Petitioner received Respondent motion, because of Petitioner's Address change. Respondent filed his motion on August 13, 2008. Petitioner have some strong and valid claims before this court. Petitioner is entitled to (clear) relief because he has exhausted the "actual" claims rasied in his writ of Habeas corpus Petition Dated September 8, 2007, Traverse Dated July 21, 2008, and Petitioner supplemental brief Dated August 3, 2008.

Petitioner agree's with Respondent on one thing: After further review of Petitioner Traverse, He agree with the respondent as to the unexhausted claims on Page 16-21 in Petitioner Traverse, Dated July 21, 2008. I ask that this court dismiss them and only them, without Prejudice. And to allow Petitioner to either file a new Traverse or to except Petitioner othe valid claims in his Traverse, Dated July 21, 2008 on Page 13-15, and Page 22-26. As well as Petitioner supplemental brief to be to be heard by this court? Based on the constitutional Significance of the matter, Petitioner alerts the court respectfully and informs this

## Conclusion

For all the reasons discussed above, Petitioner respectfully request and pray that the U.S District Court understand Petitioner mistake as a misdemeanor and dose not dismiss Petitioner Writ of Habeas Corpus Petition, Traverse Page 13-15, and Page 22-26, as well as Petitioner supplemental brief for the reasons set-fourth by Respondent. So I ask this court to grant Petitioner a full reversal or an evidentiary Hearing on the merits and claims that has been exhausted.

Dated: 8-31-08

Respectfully Submitted

Antonio Scott

Antonio Scott   IN Pro Se

United States District Court Northern District of California

Antonio Scott
Plaintiff or Petitioner

V.

Ken Clark, Warden
Defendant or Respondent

Case No. C07-4279 CRB (PR)

PROOF OF SERVICE

I hereby declare I am over 18 years of age and a party to this action. I am a resident of CSATF State Prison, in the County of Corcoran, State of California. My prison address is: CSATF State Prison P.O. Box 5246, Corcoran, CA 93212. I hereby certify that on August 31, 2008, I served a copy of the attached: Answer and objection to Motion to Dismiss Petitioner Writ of Habeas Corpus Petition, on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of The Clerk, U.S District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

AND:

Office of The Attorney General
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94102-7004

I declare under Penalty of Perjury under the Laws of The United States of America that the Forgoing is true and correct.
"Executed on 8-31-08

Antonio Scott
Declarant's Signature

Antonio Scott #V42330
CSATF-State Prison
P.O. Box 5246
Corcoran, CA 93212

US POSTAGE $00.59 SEP 02 2008 MAILED FROM ZIP CODE 93212

Office of The clerk, U.S. District court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Legal Materials Only