IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SCOTT,                         ) | |
|              ) | |
|         Petitioner,          ) | No. C 07-4279 CRB (PR) |
|              ) | |
|   vs.        ) | ORDER DENYING |
|              ) | CERTIFICATE OF |
| TOM FELKER, Warden,              ) | APPEALABILITY |
|              ) | |
|         Respondent.          ) | |
|              ) | |

      Petitioner has filed an "objection" to the court's denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. The court construes the objection as a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

      A certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

      The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: July 6, 2009

                                                   CHARLES R. BREYER
                                                   United States District Judge

G:\PRO-SE\CRB\HC.07\Scott, A1.coa.wpd